# UNITED STATES DISTRICT COURT
for the

District of New Mexico

| | | |
|---|---|---|
| United States of America<br>v.<br><br>CHRISTOPHER ADAM JENSEN-TANNER<br>*Defendant* | ) ) ) ) ) ) ) | Case No. CR 22-368 MIS |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* CHRISTOPHER ADAM JENSEN-TANNER,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Counts 1-34: 18 U.S.C. § 1343: Wire Fraud;

Counts 35-38: 18 U.S.C. § 1957: Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity.

Date: 03/08/2022

*Issuing officer's signature*

City and state: Albuquerque, New Mexico

Mitchell R. Elfers, Clerk of Court
*Printed name and title*

---

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*