**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,     )
                                )
          Plaintiff,    )
                                )    Criminal No. <u>22-368 MIS</u>

vs.                             )
                                )    Counts 1-34: 18 U.S.C. § 1343 Wire Fraud

CHRISTOPHER ADAM JENSEN   )
TANNER,                  )    Counts 35-38: 18 U.S.C. § 1957:
                                )    Engaging in Monetary Transactions in
          Defendant.     )    Property Derived from Specified
                                )    Unlawful Activity.

## <u>ENTRY OF APPEARANCE</u>

COMES NOW the Jones Witt Law Firm (S. Doug Jones Witt) and enters its appearance on behalf of the Defendant, Christopher Adam Jensen Tanner.

Respectfully submitted:

THE JONES WITT LAW FIRM

Electronically Filed

By:_____
      S. Doug Jones Witt
207 N. Washington Ave.
Roswell, New Mexico 88201
Phone 575-622-6722    Fax 575-622-6749
Attorneys for the Defendant

1

I HEREBY CERTIFY that a true and correct copy of the foregoing document was served electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing: on this 25th day of March 2022.

_____

S. Doug Jones Witt