# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT LAS CRUCES)

Before the Honorable Kevin R. Sweazea

**Initial Appearance/Arraignment Hearing
(VIA ZOOM VIDEO CONFERENCE)**

| | | | |
|---|---|---|---|
| Case Number: | CR 22-368 MIS | UNITED STATES vs. JENSEN-TANNER | |
| Hearing Date: | 4/05/22 | Time In and Out: | 9:10 a.m.-9:17 a.m. (7 min) |
| Courtroom Deputy: | V. Ruiz | Digital Recording: | Sierra Blanca |
| Defendant: | CHRISTOPHER ADAM JENSEN-TANNER | Defendant's Counsel: | S. DOUG JONES WITT |
| AUSA: | MARK STANDRIDGE | Pretrial/Probation: | BRENDA RICHARDSON |
| Interpreter: | N/A | | |

## Proceedings

| | |
|---|---|
| ☒ | First Appearance by Defendant |
| ☐ | Defendant waived appearance at Arraignment |
| ☒ | Defendant received a copy of charging document |
| ☒ | Defendant questioned re: time to consult with attorney regarding penalties |
| ☒ | Defendant waives reading of Indictment |
| ☒ | Defendant enters a Not Guilty plea |
| ☒ | Motions due by: 4/26 |

| | | | | | |
|---|---|---|---|---|---|
| ☒ | Parties agree Standing Discovery Order to be electronically entered | ☐ | Discovery Order previously entered | ☐ | Discovery Order not entered; parties to confer pursuant to Rule 16.1(a) within 14 days |

| | | | | |
|---|---|---|---|---|
| ☒ | Case assigned to: Judge STRICKLAND | | | |
| ☒ | Trial will be scheduled by presiding judge | ☐ | Trial currently set | |
| ☐ | Defendant waives Detention Hearing | | | |

## Custody Status

| | | |
|---|---|---|
| ☒ | Defendant will remain on release | |
| ☐ | Conditions | |

## Other

| | |
|---|---|
| ☐ | |