UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

## AMENDED NOTICE OF JURY TRIAL SETTING

**TAKE NOTICE** that this matter will be set **JURY SELECTION AND TRIAL**, on **MAY 10, 2022 at 9:00 AM** on a **trailing docket** before United States District Judge, Margaret I. Strickland, at the U.S. Courthouse, 100 N. Church, Guadalupe Courtroom, North Tower, Fourth Floor, Las Cruces, New Mexico. **Counsel is asked review the Pretrial/Trial instructions on District of New Mexico web page for Judge Strickland.**

**ALL COUNSEL MUST BE PRESENT AT THE CALL OF THE CALENDAR AT 11:30 AM on TUESDAY, APRIL 19, 2022. VIA ZOOM/VIDEO CONFERENCE.**

Motions for continuance are to be filed in accordance with 18 U.S.C.§ 3161(h)(7)(A) and <u>United States v. Toombs</u>, 574 F.3d 1262 (2009), setting forth the factual grounds justifying the continuance. In cases involving multiple defendants, counsel **must** file a joint motion for continuance with all counsel agreeing to said motion. If a motion for continuance is opposed by a co-defendant, movant may file a single opposed motion stating the position of co-defendant(s).

To conserve judicial resources, the Court **MUST** be advised of all plea hearings and/or motions for continuance **no later** than **noon** on **Friday, April 15, 2022.** Local counsel is required to appear at all hearings unless excused by the Court. If there are any requirements for special electronic equipment to be brought into the courthouse for trial, prior arrangements must be made with the U.S. Marshals Service.

Inquiries and/or notices of change of plea should be directed to Jessica A. Chavez at (575) 528-1683.

_____
Mitchell R. Elfers
Clerk of Court

A true copy of this document was served--via mail or
electronic means --to counsel of record as they are shown on the Court's Docket.